PAOLA M. ARMENI, ESQ.
Nevada Bar No. 8357
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 11271
**CLARK HILL PLC**
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone:  (702) 862-8300
E-mail:  parmeni@clarkhill.com
          wschuller@clarkhill.com

Attorneys for Plaintiffs,
LANDON REYES and
ALEJANDRA ZAMBRANO

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| LANDON REYES, an individual; and ALEJANDRA ZAMBRANO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of Clark County Nevada; UNDERSHERIFF ANDREW WALSH, an individual; LAS VEGAS POLICE PROTECTIVE ASSOCIATION; STEVEN GRAMMAS, an individual; SCOTT NICHOLAS, an individual; BRYAN YANT, an individual; DANIEL COYNE, an individual; JOHN ABEL, an individual; GREGORY STINNETT, an individual; and DOES I through X, inclusive,<br><br>Defendants. | CASE NO. 2:26-cv-00395-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' RESPONSE TO LAS VEGAS POLICE PROTECTIVE ASSOCIATION, ET AL.'S SPECIAL MOTION TO DISMISS [ECF 12] (FIRST REQUEST)** |

Plaintiffs LANDON REYES and ALEJANDRA ZAMBRANO, by and through their undersigned attorneys at Clark Hill, PLC, and LAS VEGAS POLICE PROTECTIVE ASSOCIATION, STEVEN GRAMMAS, SCOTT NICHOLAS,  BRYAN YANT, DANIEL COYNE, JOHN ABEL, GREGORY STINNETT, ("LVPPA" Defendants) by and through their counsel, Sgro Roger, hereby respectfully submit this Stipulation and Order Extending Time for Plaintiffs to Respond to LVPPA's Special Motion to Dismiss [ECF 12] with a current deadline of

Page 1 of 2

CLARKHILL\103565\1010715\287295487.v1-4/8/26

April 10, 2026.  The parties are respectfully requesting the Court extend the deadline for the Plaintiffs to respond to LVPPA's Motion for an additional seven (7) days, up to and including April 17, 2026.

Although Plaintiff's counsel has been diligently working on responding to LVPPA's Motion, counsel requires a short extension to complete the response. This request for extension is made in good faith and not for purposes of delay.

WHEREFORE, the parties stipulate that the time for Plaintiffs to file their Response to LVPPA's Motion be extended an additional seven (7) days up to and including April 17, 2026.

DATED this 8th day of April 2026.

**CLARK HILL, PLC**                                         **SGRO ROGER**

By: /s/ Paola M. Armeni, Esq.              By: /s/ Alanna Bondy, Esq.
Paola M. Armeni, Esq.                            Anthony P. Sgro, Esq.
Nevada Bar No. 8357                              Nevada Bar No. 3811
William D. Schuller, Esq.                         Alanna Bondy, Esq.
Nevada Bar No. 11271                            Nevada Bar No. 14830
1700 S. Pavilion Center Drive, Suite 500    9330 W. Lake Mead Blvd #200
Las Vegas, Nevada 89135                       Las Vegas, Nevada 89134
*Attorneys for Plaintiffs*                            *Attorney For Las Vegas Police Protective Association, Steven Grammas, Scott Nicholas, Bryan Yant, Daniel Coyne, John Able and Gregory Stinnett*

**IT IS SO ORDERED.**

Dated this __9th__ day of April 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Page 2 of 2

CLARKHILL\103565\1010715\287295487.v1-4/8/26