ANTHONY P. SGRO
Nevada Bar No. 3811
ALANNA C. BONDY
Nevada Bar No. 14830
SGRO & ROGER
2901 El Camino Ave., Suite 204
Las Vegas, Nevada 89102
Telephone:  702.384.9800
TSGRO@SgroandRoger.com
ABondy@SgroandRoger.com

DAVID ROGER, ESQ.
Nevada Bar No. 2781
LAS VEGAS POLICE PROTECTIVE ASSOCIATION
9330 West Lake Mead Boulevard, Suite 200
Las Vegas, Nevada 89134
Telephone: 702.384.8692
Facsimile: 702.384.7989
droger@lvppa.com
*Attorneys for the LVPPA Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LANDON REYES, an individual; and ALEJANDRA ZAMBRANO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of Clark County Nevada; UNDERSHERIFF ANDREW WALSH, an individual; LAS VEGAS POLICE PROTECTIVE ASSOCIATION; STEVEN GRAMMAS, an individual; SCOTT NICHOLAS, an individual; BRYAN YANT, an individual; DANIEL COYNE, an individual; JOHN ABEL, an individual; GREGORY STINNETT, an individual; and DOES I through X, inclusive, <br><br> Defendants. | Case No.: 2:26-cv-00395-APG-NJK <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR LVPPA DEFENDANTS TO FILE REPLY IN SUPPORT OF SPECIAL MOTION TO DISMISS** <br><br> **(FIRST REQUEST)** |

Defendants LAS VEGAS POLICE PROTECTIVE ASSOCIATION, STEVEN GRAMMAS, SCOTT NICHOLAS, BRYAN YANT, DANIEL COYNE, JOHN ABEL, GREGORY STINNETT, (collectively, the "LVPPA Defendants") by and through their undersigned counsel of record,

Page **1** of **2**

Defendants LAS VEGAS METROPOLITAN POLICE DEPARTMENT and UNDERSHERIFF ANDREW WALSH (collectively, the "LVMPD Defendants") by and through their undersigned counsel of record, and Plaintiffs LANDON REYES and ALEJANDRA ZAMBRANO, by and through their undersigned counsel of record, hereby respectfully submit this Stipulation and Order to Extend Time for LVPPA Defendants to file their Reply in Support of their Special Motion to Dismiss. [ECF No. 12]. The current deadline for the LVPPA Defendants to file a Reply in Support of their Special Motion to Dismiss is April 24, 2026.  The LVPPA Defendants respectfully request that the Court extend the deadline to file their Reply in Support of their Special Motion to Dismiss by seven (7) days, up to and including May 1, 2026. Plaintiffs and the LVMPD Defendants stipulate to the requested extension.

This request is made in good faith to accommodate scheduling conflicts of counsel for the LVPPA Defendants, and not for purposes of delay. This is the first request for an extension of this deadline.

**SGRO & ROGER**

By: */s/ Alanna Bondy, Esq.*
ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
ALANNA BONDY, ESQ.
Nevada Bar No. 14830
2901 El Camino Ave., Suite 204
Las Vegas, Nevada 89102
*Attorneys for LVPPA Defendants*

**CLARK HILL, PLC**

By: */s/ Paola Armeni*
PAOLA M. ARMENI, ESQ.
Nevada Bar No. 8357
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 11271
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

**HUTCHISON & STEFFEN, PLLC**
By: /s/ Christopher Lalli
MARK A. HUTCHISON
Nevada Bar No. 4639
CHRISTOPHER J. LALLI
Nevada Bar No. 5398
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
*Attorneys for Defendants Las Vegas Metropolitan*
*Police Department and Undersheriff Andrew Walsh*

IT IS SO ORDERED:

Dated: April 24, 2026

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE
Page **2** of **2**