**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LANDON REYES, an individual; and ALEJANDRA ZAMBRANO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of Clark County Nevada; UNDERSHERIFF ANDREW WALSH, an individual; LAS VEGAS POLICE PROTECTIVE ASSOCIATION; STEVEN GRAMMAS, an individual; SCOTT NICHOLAS, an individual; BRYAN YANT, an individual; DANIEL COYNE, an individual; JOHN ABEL, an individual; GREGORY STINNETT, an individual; and DOES I through X, inclusive,<br><br>Defendants. | Case No.: 2:26-cv-00395-APG-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR LVPPA DEFENDANTS TO FILE REPONSE TO PLAINTIFFS' COUNTERMOTION FOR LIMITED DISCOVERY [Dkt. No. 17]**<br><br>**(FIRST REQUEST)** |

Defendants LAS VEGAS POLICE PROTECTIVE ASSOCIATION, STEVEN GRAMMAS, SCOTT NICHOLAS, BRYAN YANT, DANIEL COYNE, JOHN ABEL, GREGORY STINNETT, (collectively, the "LVPPA Defendants") by and through their undersigned counsel of record, and

Page **1** of **2**

Plaintiffs LANDON REYES and ALEJANDRA ZAMBRANO, by and through their undersigned counsel of record, hereby respectfully submit this Stipulation and Order to Extend Time for LVPPA Defendants to file their Response to Plaintiffs' Countermotion for Limited Discovery (hereinafter "Countermotion"). [ECF No. 17]. The current deadline for the LVPPA Defendants to file a Response to the Countermotion is May 1, 2026. The LVPPA Defendants respectfully request that the Court extend the deadline for the LVPPA Defendants to file their Response to the Countermotion, up to and including May 6, 2026. Plaintiffs stipulate to the requested extension.

This request is made in good faith to accommodate scheduling conflicts of counsel for the LVPPA Defendants, and not for purposes of delay. This is the first request for an extension of this deadline.

| SGRO & ROGER | CLARK HILL, PLC |
|---|---|
| By: */s/ Alanna Bondy, Esq.* | By: */s/ Paola Armeni* |
| ANTHONY P. SGRO, ESQ. | PAOLA M. ARMENI, ESQ. |
| Nevada Bar No. 3811 | Nevada Bar No. 8357 |
| ALANNA BONDY, ESQ. | WILLIAM D. SCHULLER, ESQ. |
| Nevada Bar No. 14830 | Nevada Bar No. 11271 |
| 2901 El Camino Ave., Suite 204 | 1700 S. Pavilion Center Drive, Suite 500 |
| Las Vegas, Nevada 89102 | Las Vegas, Nevada 89135 |
| *Attorneys for LVPPA Defendants* | *Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

Dated: May 1, 2026

.
.
.

_____

Nancy J. Koppe
United States Magistrate Judge

Page **2** of **2**