# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LANDON REYES, et al.,

    Plaintiffs,

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,

    Defendants.

Case No. 2:26-cv-00395-APG-NJK

**Order**

[Docket No. 19]

Pending before the Court is the parties' joint discovery plan. Docket No. 19.

On April 27, 2026, the Court granted the parties' stipulation to stay discovery pending resolution of their special motion to dismiss. Docket No. 22; *see also* Docket No. 12.

Accordingly, the Court **DENIES** the parties' joint discovery plan without prejudice and **ORDERS** the parties to file a joint discovery plan within seven days of the Court's order resolving the special motion to dismiss. Docket No. 19.

IT IS SO ORDERED.

Dated: May 19, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1